**Entered on Docket**
**October 27, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through
Certificates, Series 2006-2
09-73967

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-20361-bam |
| Daniel K. Gorham and Sheri L. Gorham | Date: ___7-14-09_____ <br> Time: ___1:30 p.m._____ |
| Debtor(s). | Chapter 7 |

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the

Automatic Stay requested by Movant on June 16, 2009 is hereby denied without prejudice.

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

/S/ Gregory L. Wilde
By_____
        **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
        208 South Jones Boulevard
        Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Barry Levinson
2810 S. Rainbow Blvd.
Las Vegas, NV 89146
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Yvette Weinstein
6450 Spring Mtn. Rd. #14
Las Vegas, NV  89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x___    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

### (List Parties)

Debtor's counsel:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or        _x___ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ Opposition filed and withdrawn by Debtor's counsel

Trustee:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or        _x___ failed to respond to the document

Other Party:_____

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or        _____ failed to respond to the document


Submitted by:
_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor